# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**FILED**
**DECEMBER 6, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**07 C 6888**
**JUDGE DER-YEGHIAYAN**
**MAGISTRATE JUDGE DENLOW**

**(a) PLAINTIFFS**
Lowell Sachnoff and Adam R. Chiss

**DEFENDANTS**
United States Department of Defense

**(b)** County of Residence of First Listed Plaintiff: Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Lowell Sachnoff, Adam Chiss, Matt O'Hara, Brian Lewis
Reed Smith LLP, 10 South Wacker Drive, Chicago, IL 60606
(312) 207-1000

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [x] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)

(omitted)

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

[x] 895 Freedom of Information Act

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

[x] 1 Original Proceeding

## VI. CAUSE OF ACTION

Freedom of Information Act (FOIA), 5 U.S.C. 522. Plaintiffs are seeking order requiring Defendant to produce agency records.

## VII. PREVIOUS BANKRUPTCY MATTERS (For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter previously adjudicated by a judge of this Court. Use a separate attachment if necessary)

## VIII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ Decl. & Inj. Relief & Attorneys fees

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes  [x] No

**IX.** This case [x] is not a refiling of a previously dismissed action.
[ ] is a refiling of case number _____, previously dismissed by Judge _____

DATE: _____
SIGNATURE OF ATTORNEY OF RECORD: *Adam R. Chiss*