AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

Lowell Sachnoff and Adam R. Chiss,
    Plaintiffs,

V.

United States Department of Defense,
    Defendant.

CASE NUMBER: **07 C 6888**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE DER-YEGHIAYAN**
**MAGISTRATE JUDGE DENLOW**

TO: (Name and address of Defendant)

United States Department of Defense, 1000 Defense Pentagon, Washington, D.C. 20301-1000

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Adam R. Chiss
Reed Smith LLP
10 South Wacker Drive
Chicago, Illinois 60606

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*(signature)*
-----------------------------
**(By) DEPUTY CLERK**

**December 6, 2007**
-----------------------------
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE December 7, 2007 |
| NAME OF SERVER *(PRINT)* Mark Fishback | TITLE Docket Clerk |
| *Check one box below to indicate appropriate method of service* | |

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Left copies thereof upon Joann Contreras, U.S. Attorney at the office of Patrick Fitzgeral, United States District Court for the Northern District of Illinois, 219 S.Dearborn Street, 5th Floor, Chicago, Illinois 60604

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   December 12, 2007         *[signature]*
                    Date                    Signature of Server

                    5111 S.University
                    Chicago, Illinois 60615
                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.