AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

Lowell Sachnoff and Adam R. Chiss,
        Plaintiffs,

V.

United States Department of Defense,
        Defendant.

CASE NUMBER: **07 C 6888**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE DER-YEGHIAYAN**
**MAGISTRATE JUDGE DENLOW**

TO: (Name and address of Defendant)

United States Department of Defense, 1000 Defense Pentagon, Washington, D.C. 20301-1000

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Adam R. Chiss
Reed Smith LLP
10 South Wacker Drive
Chicago, Illinois 60606

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*/s/ Nadine Hirley/*
------------------------------
(By) DEPUTY CLERK

**December 6, 2007**
------------------------------
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE December 7, 2007 |
| NAME OF SERVER (PRINT) Deborah J. Riordan | TITLE Secretary |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☒ Other (specify): Mailed via certified mail, return receipt, to Michael B. Mukasey, U.S. Attorney General, United States Department of Justice 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    12/7/07
              Date

*Signature of Server*

2706 Foxwood Drive
New Lenox, IL 60451

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| 7160 3901 9845 0095 1370 | A. Received by (Please Print Clearly) *Daniel L Pish* | B. Date of Delivery |
| | C. Signature X  DEC 13 2007 | ☐ Agent ☐ Addressee |
| 3. Service Type  **CERTIFIED MAIL** | D. Is delivery address different from item 1? If YES, enter delivery address below: | ☐ Yes ☐ No |
| 4. Restricted Delivery? *(Extra Fee)*   ☐ Yes | | |

1. Article Addressed to:

Michael B. Mukasey
U.S. Attorney General
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

Reference Information

FOIA Litigation

Adam Chiss

PS Form 3811, January 2005        Domestic Return Receipt