IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOWELL SACHNOFF and ADAM R. CHISS, <br><br> On behalf of Guantánamo Bay prisoners Walid Ibrahim Mustafa Abu Hijazi and Maasoum Abdah Mouhammad, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF DEFENSE, <br><br> *Defendant*. | Case No. 07 C 6888 <br><br> Judge Der-Yeghiayan |

## JOINT JURISDICTIONAL STATUS REPORT

Pursuant to this Court's Order, dated January 15, 2007, the parties hereby submit the following Joint Jurisdictional Status Report.

**I.  Subject Matter Jurisdiction.**

This Court has federal question jurisdiction over this Freedom of Information Act ("FOIA") action and these parties pursuant to 5 U.S.C. § 552(a)(4)(B) and 552(a)(6)(E)(iii). (Comp. ¶ 7.)  This Court also has jurisdiction over this action pursuant to 5 U.S.C. §§ 701-06 and 28 U.S.C. § 1331.  (Id.)

**II.  Venue (Plaintiff's Position)**

Venue lies in this district pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391. (Comp. ¶ 8.)

Dated: January 30, 2008

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| **LOWELL SACHNOFF** and **ADAM R. CHISS,** *Plaintiffs* | **U.S. DEPARTMENT OF DEFENSE,** *Defendant* |
| /s/ Adam R. Chiss | /s/ Harpreet K. Chahal |
| Lowell Sachnoff<br>Matthew J. O'Hara<br>Adam R. Chiss<br>Brian C. Lewis<br>REED SMITH LLP<br>10 S. Wacker Drive<br>Chicago, IL 60606<br>312-207-1000 | Harpreet K. Chahal<br>Assistant United States Attorney<br>219 South Dearborn Street, Suite 500<br>Chicago, IL 60604 |

## **CERTIFICATE OF SERVICE**

      I, Adam R. Chiss, state that on January 30, 2008, I electronically filed the foregoing **Joint Jurisdictional Status Report** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Harpreet K. Chahal
Assistant United States Attorney
219 South Dearborn Street
Suite 500
Chicago, IL 60604
harpreet.chahal@usdoj.gov

**Counsel for Defendant**