IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOWELL SACHNOFF and ADAM R. CHISS, <br><br> On behalf of Guantánamo Bay prisoners Walid Ibrahim Mustafa Abu Hijazi and Maasoum Abdah Mouhammad, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF DEFENSE, <br><br> *Defendant*. | Case No. 07 C 6888 <br><br> Judge Der-Yeghiayan |

## AMENDED NOTICE OF MOTION

TO: Harpreet K. Chahal
Assistant United States Attorney
219 South Dearborn Street, Suite 500
Chicago, IL 60604
harpreet.chahal@usdoj.gov

PLEASE TAKE NOTICE that on **Thursday, February 21, 2008 at 9:00 a.m.**, or as soon as counsel may be heard, we shall appear before the Honorable Judge James F. Holderman or any other judge sitting in his stead, in Courtroom 2541 in the United States District Court for the Northern District of Illinois, Eastern Division, and shall then and there present **Plaintiffs' Motion For Reassignment Based on Relatedness.**

Dated: February 14, 2008

Respectfully submitted,

By: *s/ Adam R. Chiss*
    One of the Plaintiffs

Lowell Sachnoff
Matthew J. O'Hara
Adam R. Chiss
Brian C. Lewis
REED SMITH LLP
10 S. Wacker Drive
Chicago, IL 60606
312-207-1000

## CERTIFICATE OF SERVICE

I, Adam R. Chiss, state that on February 14, 2008, I electronically filed the foregoing **Plaintiffs' Notice of Motion for Reassignment Based on Relatedness** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Harpreet K. Chahal
Assistant United States Attorney
219 South Dearborn Street
Suite 500
Chicago, IL 60604
harpreet.chahal@usdoj.gov

**Counsel for Defendant**