**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Lowell Sachnoff, et al.
                              Plaintiff,

v.                                            Case No.: 1:07−cv−06888
                                              Honorable Samuel Der−Yeghiayan

United States Department of Defense
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 21, 2008:

    MINUTE entry before Judge James F. Holderman : Plaintiff Adam R. Chiss' motion to reassign case Based on Relatedness [20] is granted. Status hearing set for 5/13/2008 at 9:00 AM. Status hearing date of 4/16/2008 before Judge Der−Yeghiayan is stricken. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.