# United States District Court
# Northern District of Illinois

In the Matter of

Lowell Sachnoff et al

v.

U.S. Dept. Of Defense

Case No. 07 C 6888

Designated Magistrate Judge
Morton Denlow

## FINDING OF RELATEDNESS PURSUANT TO LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Samuel Der-Yeghiayan** to be related to 07 C 3114 which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____
Judge James F. Holderman

Dated: February 25, 2008

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **James F. Holderman**.

### ENTER

### FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge James F. Holderman

Dated: FEB 2 5 2008

Finding of Relatedness (Rev. 9/99)