# EXHIBIT C



**UNITED STATES SPECIAL OPERATIONS COMMAND**
7701 TAMPA POINT BOULEVARD
MACDILL AIR FORCE BASE, FLORIDA 33621-5323

8 May 2007

Command Freedom of Information/Privacy Act Division

Mr. Adam R. Chiss
Reed Smith LLP
10 South Wacker Drive. 40th Floor
Chicago, Illinois 60606

Dear Mr. Chiss:

   We received your Freedom of Information Act (FOIA) request as a referral from the Department of Defense Office of Freedom of Information for all information on Walid Ibrahim Mustafa Abu Hijazi, a/k/a Assem Matruq Mohammad Al Aasmi, a/k/a Mohammed Al Palestini and Maasoum Abdah Mohammad, a/k/a Bilal LNU currently detained at Guantanamo Bay Naval Base, Cuba.

   We have assigned your United States Special Operations Command (USSOCOM) FOIA control number 2007-107 and is being processed in accordance with procedural requirements promulgated in DoD Regulation 5400.7-R which is available on the Internet at: http://www.defenselink.mil/pubs/foi/. Please refer to this number should you have any questions concerning your request. The actual processing time will depend upon its complexity, whether it involves sensitive records, voluminous records, extensive searches, consultation among DoD components or other agencies, and our administrative workload, approximately 180 cases.

   Because you have agreed to pay processing fees, we will begin to process your FOIA request. You have been placed in the "All Others" category for fee purposes. According to the FOIA, "All Others" category requesters are obligated to pay for all assessable search fees (if more than 2 hours) involved in the processing of their request. Established DoD fees are: clerical search, $20 per hour; professional search, $44 per hour; executive search, $75 per hour and office copy reproduction, $0.15 per page (after the first 100 pages. You have agreed to the amount of $5000.00. We will advise you should the costs exceed that amount.

   The USSOCOM FOIA Office processes requests in a multi-track processing system based on the date of receipt and the amount of work and time involved in processing each request. It is likely that processing your request will exceed the statutory 20-working day time limit. It is possible that narrowing the scope of your request may result in a shorter processing time.



**Proven • Vigilant • Prepared**
in the past      today      for the future

If you wish to discuss this or have any other questions or concerns, please contact me at <u>FOIA@socom.mil</u>.

Sincerely,

*[signature]*

Phyllis D. Holden
Command FOIA Program Officer

2