IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOWELL SACHNOFF and ADAM R. CHISS, <br><br> On behalf of Guantánamo Bay prisoners Walid Ibrahim Mustafa Abu Hijazi and Maasoum Abdah Mouhammad, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF DEFENSE, <br><br> *Defendant*. | Case No. 07 C 6888 <br><br> Hon. Judge James F. Holderman |

## NOTICE OF MOTION

TO:   Harpreet K. Chahal
      Assistant United States Attorney
      219 South Dearborn Street, Suite 500
      Chicago, IL 60604
      harpreet.chahal@usdoj.gov

   PLEASE TAKE NOTICE that on **Thursday, April 24, 2008 at 9:00 a.m.**, or as soon as counsel may be heard, we shall appear before the Honorable Judge James F. Holderman or any other judge sitting in his stead, in Courtroom 2541 in the United States District Court for the Northern District of Illinois, Eastern Division, and shall then and there present **Plaintiffs' Motion For Leave to File First Amended Complaint.**

Dated: April 15, 2008

                                        Respectfully submitted,


                                   By: *s/ Adam R. Chiss*
                                        One of the Plaintiffs

Lowell Sachnoff
Matthew J. O'Hara
Adam R. Chiss
Brian C. Lewis
REED SMITH LLP
10 S. Wacker Drive
Chicago, IL 60606
312-207-1000

## CERTIFICATE OF SERVICE

I, Adam R. Chiss, state that on April 15, 2008, I electronically filed the foregoing **Plaintiffs' Motion For Leave to File First Amended Complaint** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Harpreet K. Chahal
Assistant United States Attorney
219 South Dearborn Street
Suite 500
Chicago, IL 60604
harpreet.chahal@usdoj.gov

**Counsel for Defendant**