UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Lowell Sachnoff, et al.

          Plaintiff,

v.                Case No.: 1:07−cv−06888
                Honorable James F. Holderman

United States Department of Defense

          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 12, 2008:

   MINUTE entry before the Honorable James F. Holderman: Status hearing held on 6/12/2008. Status hearing date of 7/15/2008 to stand. Documents are to be produced in the manner agreed to and stated in open court. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.