UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LOWELL SACHNOFF and ADAM R. CHISS, | ) ) ) | |
| Plaintiffs, | ) ) | No. 07 C 6888 |
| v. | ) ) | |
| UNITED STATES DEPARTMENT OF DEFENSE, | ) ) ) | Judge Holderman |
| Defendant. | ) ) | |

**NOTICE OF MOTION**

To: Counsel of Record

PLEASE TAKE NOTICE that on **September 4, 2008 at 9:00** am at the opening of Court or as soon thereafter as counsel may be heard, I will appear before Judge Holderman in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present **DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO PRODUCE RESPONSIVE DOCUMENTS** at which time and place you may appear, if you see fit.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Harpreet K. Chahal
    HARPREET K. CHAHAL
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-1996
    Harpreet.Chahal@usdoj.gov