UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
Eastern Division

Lowell Sachnoff, et al.
                             Plaintiff,

v.                                                   Case No.: 1:07−cv−06888
                                                              Honorable James F. Holderman

United States Department of Defense
                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 4, 2008:

      MINUTE entry before the Honorable James F. Holderman: Defendant United States Department of Defense's motion for extension of time to file responsive documents [33] is granted; defendant is given until 10/22/2008 to file responsive documents. The Government is ordered to provide discovery to the plaintiffs when and as the discovery becomes available. Status hearing date of 9/9/2008 is reset for 10/23/2008 at 9:00 AM. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.