**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LOWELL SACHNOFF, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>DEFENSE, )<br>)<br>Defendant. )<br>)<br>) | No. 07 C 6888<br><br>Honorable James F. Holderman |

**STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Lowell Sachnoff and Adam R. Chiss, and Defendant, the United States Department of Defense, have stipulated that the above-titled and numbered cause of action should be dismissed without prejudice, and each party shall bear its own costs and attorneys fees.

Dated: June 15, 2010

| | |
|---|---|
| LOWELL SACHNOFF and ADAM R. CHISS<br><br>By: __/s/ Ann E. Pille_____<br>    One of Their Attorneys<br><br>John Andrew Moss (ARDC No. 6270313)<br>Ann E. Pille (ARDC No. 6283759)<br>REED SMITH, LLP<br>10 S. Wacker Drive, Suite 4000<br>Chicago, Illinios 60606<br>Telephone: (312) 207-1000<br>Facsimile: (312) 207-6400 | UNITED STATES DEPARTMENT OF DEFENSE<br><br>By: __/s/ Harpreet Kaur Chahal_____<br>    One of Its Attorneys<br><br>Harpreet Kaur Chahal<br>Assistant U.S. Attorney<br>219 South Dearborn, Suite 500<br>Chicago, Illinois 60604<br>312-353-1996 (direct)<br>312-886-4073 (fax)<br>harpreet.chahal@usdoj.gov |

**CERTIFICATE OF SERVICE**

I, Ann E. Pille, hereby certify that on June 15, 2010, I caused a copy of the foregoing Stipulation of Voluntary Dismissal (the "Stipulation") to filed electronically. Notice of this filing was sent automatically, via the Court's CM/ECF system, to all persons that have filed an electronic appearance in the case. In addition, on June 15, 2010, I caused a copy of the Stipulation to be served upon the following person via electronic mail:

> Harpreet K. Chahal
> Assistant United States Attorney
> 219 South Dearborn Street
> Chicago, Illinois 60604
> Harpreet.Chahal@usdoj.gov

          /s/ Ann E. Pille
          Ann E. Pille